IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00242-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RICKY HENRY CISNEROS,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the jury trial counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 12th day of December 2013.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

          n/a
_____
Attorney for Defendants