IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  October 14, 2014
Court Reporter:    Gwen Daniel             Probation: Gary Kruck

_____

Criminal Action No.  12-cr-00242-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Zachary Phillips
                                            Kasandra Carleton
     Plaintiff,

v.

4. RICKY HENRY CISNEROS,                    Ronald Gainor

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:33 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Gainor

The Court addresses Defendant Ricky Cisneros' Objections to the Presentence Investigation Report [922]

Argument/Discussion

Court's findings entered on the record.

**ORDERED: Defendant Ricky Cisneros' Objections to the Presentence Investigation Report [922] are ruled on as follows:**

    **The Objection to Paragraph 24 is SUSTAINED IN PART.**
    **The Objection to Paragraph 83 is OVERRULED.**

**ORDERED: The Government's Motion for Downward Variant Sentence [926] is GRANTED.**

The Court addresses Defendant Ricky Cisneros' Motion for Variance from the Sentencing Guidelines [928]

Argument/Discussion

**ORDERED: Defendant Ricky Cisneros' Motion for Variance from the Sentencing Guidelines [928] is GRANTED IN PART.**

Defendant's Allocution

The Government preserves any right it may have to appeal the Court's decision as far as the Court's ruling on Defendant Ricky Cisneros' Motion for Variance from the Sentencing Guidelines [928] (by Mr. Phiillips).

The defense requests that the Court recommend to the Bureau of Prison placement to FCI Englewood and a recommendation to RDAP.

On December 13, 2013 a jury found the defendant guilty of Count One of the Indictment.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Ricky Cisneros, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 144 months.**

    **In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

    **The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**The Court also recommends that the Bureau of Prisons designate an institution for the defendant, if he qualifies, with a Residential Drug Abuse Program or comparable substance abuse program and that the defendant take advantage of such program during his imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and he shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by the United States Probation Officer. Failure to submit to search may be grounds for revocation of supervised release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has**

                    **violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal his conviction and the sentence imposed.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:33 p.m.     Court in Recess
                Hearing concluded
                Time: one hour